Case 2:15-mj-00490-DUTY Document 4 Filed 03/09/15 Page 1 of 2 Page ID #:8

FILED
CLERK, U.S. DISTRICT COURT
MAR - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-490M ~~CR-07-1119-SVW~~ |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| v. Salvador DeJesus Sanchez Miranda, | |
| Defendant. | |

On arrest warrant issued by the United States District Court for the ~~___~~ CDCA involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____
_____
_____
_____
_____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 3/9/15

/s/ Jacqueline Chooljian
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2